ORIGINAL

# United States District Court
## Southern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.

Gloria J. Torres

CASE NUMBER: B-03-210

TO: (Name and Address of Defendant)

**Gloria J. Torres**
**2433 East Jackson**
**Brownsville, TX 78520**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**J. Michael Weston**
**BENNETT, WESTON & LaJONE, P.C.**
**1750 Valley View Lane., Suite 120**
**Dallas, TX 75234**

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk    11-14-03

Clerk    Date

M Perez

BY DEPUTY CLERK

United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
RECEIVED

DEC 2 2 2003

Michael N. Milby, Clerk

MAIL