United States District Court
Southern District of Texas
FILED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B03-210 |
| Gloria J. Torres | § § | |

CERTIFICATE OF INTERESTED PERSONS

The United States of America hereby files its Certificate of Interested Persons.

1. Plaintiff, the United States of America

2. Defendant, Gloria J. Torres

          Respectfully submitted

          BENNETT, WESTON & LaJONE, P.C.

By: _____
    J. Michael Weston
    Texas Bar No. 21232100
    SD Tex. No. 21538
    Attorney in Charge
    Charles I. Appler
    Texas Bar No. 00788995
    SD Tex. No. 23055
    1750 Valley View Lane, Suite 120
    Dallas, Texas 75234
    Telephone: (214) 691-1776
    FAX: (214) 373-6810
    Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant along with a copy of the Court's Order for Conference and Disclosure of Interested Parties by regular mail on this 18th day of December, 2003.

_____