UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B03-210 |
| Gloria J. Torres | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Gloria J. Torres in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this **20** day of **January**, 2004, at **Brownsville**, Texas.

_____
United States Deputy District Clerk