```
                                                    United States District Court
                                                    Southern District of Texas
                                                           ENTERED

                                                        FEB 1 2 2004

                                                    Michael N. Milby, Clerk of Court
                                                    By Deputy Clerk _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. **B03-210** |
| **GLORIA J. TORRES** | § | |

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

| | | |
|---|---|---|
| 1. | Principal Balance as of July 26, 1999 | $2,812.30 |
| 2. | Interest as of July 26, 1999 | $1,599.58 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 450.00 |
| 5. | Pre-Judgment Interest Rate Per annum | 8.41% |
| 6. | Daily Accrual: | $ .65 |
| 7. | Balance Due After Credits (including attorney's fees) | $4,861.88 |
| 8. | Post Judgment Interest equals _1.28_ % per annum | |

**Debt 2:**

| | | |
|---|---|---|
| 1. | Principal Balance of July 26, 1999 | $ 915.53 |
| 2. | Interest of July 26, 1999 | $ 532.05 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 450.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | 8.41% |
| 6. | Daily Accrual | $ 0.21 |
| 7. | Balance Due After Credits (including attorney's fees) | $1,897.58 |
| 8. | Post Judgment Interest equals _1.28_ % per annum | |

DONE in Brownsville, Texas, this __11__ of __February__ 2004.

_____
Hilda G. Tagle
United States District Judge